# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK B. PIERRE

NO. 2025 KW 1135

**FEBRUARY 9, 2026**

---

In Re: Derrick B. Pierre, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 06-97-0846, 06-98-0961.

---

**BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.